UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RANDY DAVIES ANDERSON,

                Defendant.

Criminal No. 11-343 (JNE/SER)

PRELIMINARY ORDER
OF FORFEITURE

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Randy Davies Anderson; on the Declaration of Robert J.E. Blackmore; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination that, based on the Plea Agreement entered into by the Defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Preliminary Order of Forfeiture [Docket No. 31] is **GRANTED;**

2. the following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

   a. a Pink Nikon Coolpix S230 camera, Serial No. 36227234;
   b. a Sony Handycam Vision CCD-TRV68, Serial No. 741953;
   c. HP iPAQ HSTNH-H06C, Serial No. TWCC616083G;
   d. 10 USB thumb drives, 3 external USB hard drives and 1 256MB SD card;
   e. Red Nokia 5610d-2b cell phone with charger;
   f. Lenovo Thinkpad T410, Serial No. 252223U, with charger;
   g. Toshiba Satellite 1735, Serial No. 2135203CU-1; and
   h. Western Digital Caviar SE SATA hard drive, Serial No. WMAMD1580304; and
   i. Various CDs and DVDs.

3. the Attorney General or his authorized designee may seize the above property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b) publish and give notice of this Order and its intent to dispose of the above property in such manner as the Attorney General may direct;

5. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated:  5-21-2012                             s/  Joan N. Ericksen
                                              JOAN N. ERICKSEN, Judge
                                              United States District Court